RECEIVED
IN LAKE CHARLES, LA.

DEC 04 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROSS M. BATEY | * | CIVIL ACTION NO. 2:13-cv-1172 |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| U.S. COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED**, and the above captioned matter is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 3 day of _____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE